UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Darrel Francis Anthony Jourdain, | |
| Plaintiff, | |
| -against- | 26-CV-2727 (AS) (GS) |
| Warner Bros. Discovery Inc. et al., | ORDER |
| Defendants. | |

ARUN SUBRAMANIAN, United States District Judge:

This case has been referred to Judge Gary Stein for General Pretrial, which includes scheduling, discovery, non-dispositive pretrial motions, and settlement. So any letters, such as those at Dkts. 23 and 26, should be addressed to Judge Stein, who will address them.

    SO ORDERED.

Dated: June 25, 2026
     New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge