MEMO ENDORSED

Application granted in-part. The Clerk of Court is respectfully directed to change the case caption from "Paramount, A Skydance Corporation" to "Skydance Corporation." SO ORDERED.

Dated: October 16, 2026
New York, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARREL FRANCIS ANTHONY JOURDAIN,
Plaintiff,

v.

WARNER BROS. DISCOVERY, INC., et al.,
Defendants.

Case No. 1:26-cv-02727-AS-GS

**LETTER-MOTION TO UPDATE DEFENDANT'S NAME IN THE CAPTION AND DOCKET**

October 9, 2026

SO ORDERED:

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

Honorable Gary Stein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Stein:

Pursuant to Federal Rule of Civil Procedure 7(b)(1) and Local Civil Rule 7.1(e), Plaintiff respectfully moves for a limited administrative correction of the caption and docket designation of the defendant presently identified as "Paramount, A Skydance Corporation" to:

**Skydance Corporation, formerly known as Paramount Skydance Corporation.**

Plaintiff addresses this non-dispositive pretrial request to Your Honor consistent with the Court's referral and its direction at ECF No. 28.

On October 9, 2026, the defendant filed an amended Rule 7.1 corporate disclosure expressly identifying itself as "Defendant Skydance Corporation, f/k/a Paramount Skydance Corporation." ECF No. 76 at 1. The requested correction would conform the existing defendant's caption and docket designation to its current legal name, as stated in its own filing.

No change is requested to Warner Bros. Discovery, Inc.'s designation. Its amended corporate disclosure identifies it as Warner Bros. Discovery, Inc., now a wholly owned subsidiary of Skydance Corporation. ECF No. 75 at 1.

This motion concerns only the existing Paramount defendant's name. It does not seek to add, drop, or substitute any party, amend the substantive allegations, claims, or requested relief, or alter the pending motions to dismiss or their briefing.

Accordingly, Plaintiff respectfully requests that the Court direct the Clerk to update the defendant's name in the caption and docket from "Paramount, A Skydance Corporation" to "Skydance Corporation, formerly known as Paramount Skydance Corporation," leaving all other party designations, including Discovery Global (Doe Successor Entity), unchanged.

Respectfully submitted,

/s/ Darrel Francis Anthony Jourdain

Darrel Francis Anthony Jourdain
Plaintiff, pro se
339 E Main St.
PMB 1053
Elmsford, NY 10523
Phone: 914−413−3928
Email: DarrelJour@yahoo.com

cc: All counsel of record via CM/ECF